# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS INC.<br><br>Plaintiff(s),<br><br>v.<br><br>GUANGZHOU LINCAN ELECTRONIC TECHNOLOGY CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–04588–MWC–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __6/3/2025__

Document No.:  __15__

Title of Document:  __Request for Issuance of Summons__

**ERROR(S) WITH DOCUMENT:**

Please adhere to the local rules governing foreign service.

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 9, 2025          By:  _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS